```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

FIDEL LOPEZ and GABINO NORIEGA,

    Plaintiffs,    09 Civ. 3882 (WHP)

 -against-    SCHEDULING ORDER

AJA ASIAN CUSINE, INC. et al,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

  The parties having appeared for a conference on August 7, 2009, the following schedule is established on consent:

1. All discovery shall be complete by December 31, 2009;

2. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 5, 2010; and

3. The Court will hold a final pre-trial conference on February 11, 2010 at 11:00 a.m.

Dated: August 7, 2009
    New York, New York

        SO ORDERED:

        _____
        WILLIAM H. PAULEY III
        U.S.D.J.

*Counsel of Record*:

David W. Brown, Esq.
Jeffrey David Kleinman, Esq.
Paul, Weiss, Rifkin, Wharton & Garrison LLP
1285 Avenue of the Americas
New York , NY 10019-6064
	and
 Benjamin Charles Holt, Esq.
Urban Justice Center
123 William Street
16th Floor
New York , NY 10038
*Counsel for Plaintiffs*

Lawrence Richard Lonergan, Esq.
275 Seventh Avenue, 25th Floor
New York , NY 10001
*Counsel for Defendants*